### Andre v. Jones.

Appeal — *how prayed for.* If several defendants pray an appeal jointly, and the appeal bond is executed by one only, and recite an appeal by one, it is irregular, and the appeal will be dismissed.

Appeal bond — *when amendable.* In such case the appeal bond is not amendable.

*Appeal from District Court, Clear Creek County.*

Jones recovered judgment against Andre and Haskins ; both defendants appealed, and day was given to perfect the

appeal, by bond, with security. Within the time limited Andre filed his bond, with surety, but his co-defendant did not join therein, and the condition of the bond recited an appeal by Andre only.

Mr. H. M. TELLER, for appellee, moved to dismiss the appeal for the imperfections of the bond.

Mr. W. R. GORSLINE, for appellant, asked leave to amend the bond.

BELFORD, J., was of opinion that leave to amend ought to be allowed.

Per CURIAM. The motion to dismiss must be allowed; the appeal was granted upon certain conditions, which have not been complied with. Haskins has evidently abandoned his appeal. The defendants might have prayed joint and several appeals, but they both united in the only appeal which was prayed, and a joint appeal of two cannot be prosecuted by one only. *Watson* v. *Thrall*, 3 Gilm. 69; *Johnson* v. *Barber*, 4 id. 1.

*Motion allowed.*